# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2007

128158-9(55)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHELLE GOWER, Personal
Representative of the Estate of
EDWIN GOWER, Deceased,
       Plaintiff-Appellant,

v

JAMES HARKEMA, M.D.,
CHRISTOPHER SEIP, M.D.,
BENJAMIN B. MOSHER, M.D.,
CHRISTOPHER ABOOD, M.D.,
TONIA REINCKE, PA-C, SPARROW
HOSPITAL, GREG A. HOWELLS, M.D.,
KEITH BLUM, D.O., CHRISTINA
MASER OHM, M.D., KEVIN KRAUSE,
M.D., GREGORY NOWINSKI, M.D.,
JULIE STEIN, M.D., and WILLIAM
BEAUMONT HOSPITAL, ROYAL OAK,
       Defendants-Appellees,
and

GEORGE ARTHUR WILLIAMS, M.D.,
and ASSOCIATED RETINAL
CONSULTANTS, P.C.,
       Defendants.
_____/

SC: 128158, 128159
COA: 256824, 257967
Ingham CC: 03-000299-NH

On order of the Court, the motion for reconsideration of this Court's November 2, 2005 order is considered, and it is GRANTED. We VACATE our order dated November 2, 2005. On reconsideration, the application for leave to appeal the January 25, 2005 and February 1, 2005 orders of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St Joseph Mercy Hosp* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2007

_Corbin R. Davis_
Clerk

d0410